# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **KERMIT B. HARRIS,** | ) Case No. 1:07cv1920 |
| | ) |
| Plaintiff, | ) Judge Dan Aaron Polster |
| | ) |
| vs. | ) **MEMORANDUM OF OPINION** |
| | ) **AND ORDER** |
| **KENNETH D. WILLIAMS, ET AL.,** | ) |
| | ) |
| Defendant(s). | ) |

Before the Court is Plaintiff's Motion for Appointment of Counsel (Doc. #11). Upon consideration, said Motion is granted. Attorney Edward A. Icove of the Icove Legal Group is hereby appointed to represent the Plaintiff in this matter.

**IT IS SO ORDERED**

*/s/Dan Aaron Polster 9/7/07*
**Dan Aaron Polster**
**United States District Judge**